Steven G. Biddle; AZ Bar No. 012636
sbiddle@littler.com
Alastair Gamble; AZ Bar No. 025488
agamble@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant
RITE OF PASSAGE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rudolph Z. King, Jr. , <br><br> Plaintiff, <br><br> v. <br><br> Rite of Passage, Inc., <br><br> Defendant. | Case No. 2:14-cv-02334-PHX-SRB <br><br> **DEFENDANT'S ANSWER TO PLAINTIFF'S ORIGINAL COMPLAINT** |

Defendant Rite of Passage, Inc., by and through its undersigned counsel, hereby responds to the allegations contained in Plaintiff's Original Complaint ("Complaint"), as follows:

**SUMMARY**

1. In response to paragraph 1 of the Complaint, Defendant admits Plaintiff is an employee of Defendant.  With regard to the remaining allegations in Paragraph 1, Defendant is without sufficient knowledge to respond to the allegations, therefore, it denies them.

2. In response to paragraph 2 of the Complaint, Defendant admits it is a Nevada corporation headquartered at the address set forth in Paragraph 2.

3. In response to paragraph 3 of the Complaint, Defendant admits it operates a facility doing business as "Canyon State Academy" ("CSA") located at the address set forth in the Complaint, but denies it owns the facility or land.

LITTLER MENDELSON, P.C
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

4. In response to paragraph 4 of the Complaint, Defendant admits the allegations set forth therein.

### JURISDICTION AND VENUE

5. In response to paragraph 5 of the Complaint, Defendant admits the Court has jurisdiction in this matter.

6. In response to paragraph 6 of the Complaint, Defendant admits it operates a facility in Maricopa County, State of Arizona, but denies all remaining allegations.

7. In response to paragraph 7 of the Complaint, Defendant admits venue is proper with the Court in this matter. Insofar as there are additional allegations in this paragraph that require a response, Defendant denies them.

### ALLEGATIONS COMMON TO ALL CLAIMS

8. In response to paragraph 8 of the Complaint, Defendant admits the allegations set forth therein.

9. In response to paragraph 9 of the Complaint, Defendant admits the allegations set forth therein.

10. In response to paragraph 10 of the Complaint, Defendant admits Plaintiff works as a Coach Counselor at Canyon State Academy, but denies all remaining allegations set forth therein.

11. In response to paragraph 11 of the Complaint, Defendant admits the allegations set forth therein.

12. In response to paragraph 12 of the Complaint, Defendant denies the allegations set forth therein.

13. In response to paragraph 13 of the Complaint, Defendant denies the allegations set forth therein.

14. In response to paragraph 14 of the Complaint, Defendant denies the allegations set forth therein.

15. In response to paragraph 15 of the Complaint, Defendant admits that Plaintiff was suspended for 10 days, but denies the remaining allegations in paragraph 15.

16. In response to paragraph 16 of the Complaint, Defendant denies the allegations set forth therein.

17. In response to paragraph 17 of the Complaint, Defendant denies the allegations set forth therein.

18. In response to paragraph 18 of the Complaint, Defendant denies the allegations set forth therein.

19. In response to paragraph 19 of the Complaint, Defendant admits Plaintiff has not been promoted, but denies the remaining allegations set forth therein.

20. In response to paragraph 20 of the Complaint, Defendant denies the allegations set forth therein.

21. In response to paragraph 21 of the Complaint, Defendant admits the allegations set forth therein, except Defendant affirmatively alleges Plaintiff's EEOC Charge also included a claim for retaliation.

22. In response to paragraph 22 of the Complaint, Defendant admits the allegations set forth therein.

23. In response to paragraph 23 of the Complaint, Defendant admits the allegations set forth therein.

24. Paragraph 24 of the Complaint consists only of conclusions of law and therefore does not require a response.

**FIRST CAUSE OF ACTION – TITLE VII VIOLATION**

25. Defendant hereby incorporates all paragraphs of this Answer as if fully set forth herein.

26. In response to paragraph 26 of the Complaint, Defendant admits the allegations set forth therein.

27. In response to paragraph 27 of the Complaint, Defendant denies the allegations set forth therein.

28. In response to paragraph 28 of the Complaint, Defendant denies the allegations set forth therein.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-3-

29. In response to paragraph 29 of the Complaint, Defendant denies the allegations set forth therein.

30. In response to paragraph 30 of the Complaint, Defendant denies the allegations set forth therein.

## SECOND CAUSE OF ACTION – RACED-BASED DISCRIMINATION IN VIOLATION OF 42 U.S.C. § 1981

31. Defendant hereby incorporates all paragraphs of this Answer as if fully set forth herein

32. In response to paragraph 32 of the Complaint, Defendant admits the allegations set forth therein.

33. In response to paragraph 33 of the Complaint, Defendant denies the allegations set forth therein.

34. In response to paragraph 34 of the Complaint, Defendant denies the allegations set forth therein.

35. In response to paragraph 35 of the Complaint, Defendant denies the allegations set forth therein.

36. In response to paragraph 36 of the Complaint, Defendant denies the allegations set forth therein.

37. In response to paragraph 37 of the Complaint, Defendant denies the allegations set forth therein.

38. In response to paragraph 38 of the Complaint, Defendant denies the allegations set forth therein.

39. In response to paragraph 39 of the Complaint, Defendant denies the allegations set forth therein.

40. In response to paragraph 40 of the Complaint, Defendant denies Plaintiff is entitled to punitive damages or any other relief in this matter.

41. In response to paragraph 41 of the Complaint, Defendant denies the allegations set forth therein.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-4-

42. In response to paragraph 42 of the Complaint, Defendant denies the allegations set forth therein.

43. In response to paragraph 43 of the Complaint, Defendant denies the allegations set forth therein.

Defendant hereby denies any and all allegations in the Complaint not specifically admitted herein.

## DEMAND FOR JURY TRIAL

Plaintiff's request for a jury trial is not a factual allegation requiring a response under the Federal Rules of Civil Procedure. To the extent the request for a jury trial, or any portion thereof, may be construed to require a response, Defendant denies each and every allegation set forth therein.

## PRAYER FOR RELIEF

Defendant denies Plaintiff is entitled to any relief sought in the Complaint or otherwise. Moreover, to the extent the Prayer for Relief, or any portion thereof, may be construed to require a response, Defendant denies each and every allegation set forth therein.

## AFFIRMATIVE AND OTHER DEFENSES

For its affirmative and other defenses, Defendant states as follows:

1. The Complaint fails to state a claim, in whole or in part, upon which relief may be granted.

2. Defendant acted in good faith at all times material to the Complaint.

3. Plaintiff has failed to mitigate his damages, if any, which Defendant denies.

4. Even assuming, *arguendo*, any of its employees engaged in any unlawful conduct toward Plaintiff (which they deny), Defendant neither knew nor reasonably should have known of said unlawful conduct, did not authorize, ratify, or consent to any such unlawful conduct, and any and all such unlawful conduct was contrary to Defendant's express policies, was beyond the course and scope of that individual's employment and cannot be attributed to Defendant.

5. All actions taken by Defendant, if any, or anyone acting on its behalf, if any,

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

with respect to Plaintiff were just, fair, privileged, with good cause, without malice and for lawful, legitimate and nondiscriminatory business reasons.

6.  Plaintiff is not entitled to punitive damages because the alleged misconduct would be contrary to Defendant's good faith efforts to comply with relevant laws.

7.  The Complaint fails to state facts sufficient to justify an award of punitive damages.

8.  Plaintiff's claims may be barred by the applicable statutes of limitations and the doctrine of laches.

9.  Plaintiff is an at-will employee without a contract of employment.

10. Defendant reserves the right to assert additional affirmative defenses.

**WHEREFORE**, Defendant hereby requests that the Court:

1.  Dismiss the Complaint in its entirety with prejudice and award Plaintiff nothing by his Complaint;

2.  Enter judgment against Plaintiff and in favor of Defendant;

3.  Award Defendant its costs of defense and reasonable attorneys' fees; and

4.  Award Defendant other and further relief as the Court deems appropriate.

DATED this 12th day of November 2014.

*/s/ Steven G. Biddle*
Steven G. Biddle
Alastair Gamble
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Rite of Passage, Inc.

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-6-

| | |
|---|---|
| 1 | I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this this 12th day of November 2014. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Joshua W. Carden |
| 6 | Davis, Miles, McGuire, Garner<br>80 East Rio Salado, Pkwy, Suite 401<br>Tempe, AZ 85281 |
| 7 | |
| 8 | |
| 9 | /s/ Eva Pintor |
| 10 | Firmwide:129791200.1 027330.2029 |

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600