Steven G. Biddle; AZ Bar No. 012636
sbiddle@littler.com
Alastair Gamble; AZ Bar No. 025488
agamble@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801

Attorneys for Defendant
RITE OF PASSAGE, INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rudolph Z. King, Jr. , <br><br>        Plaintiff, <br><br> v. <br><br> Rite of Passage, Inc. , <br><br>        Defendant. | Case No. 2:14-cv-02334-PHX-SRB <br><br> **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

  This Corporate Disclosure Statement is filed on behalf of Defendant Rite of Passage, Inc., in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure.

  Rite of Passage, Inc., does not have any parent corporation(s) and no publicly-held corporation owns ten percent (10%) or more of its stock.

  A supplemental corporate disclosure statement will be filed upon any change in the information provided herein.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

DATED this 12th day of November 2014.

/s/ *Steven G. Biddle*
Steven G. Biddle
Alastair Gamble
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Rite of Passage, Inc.

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 12th day of November 2014:

Joshua W. Carden
Davis, Miles, McGuire, Garner
80 East Rio Salado, Pkwy, Suite 401
Tempe, AZ 85281


/s/ *Eva Pintor*


Firmwide:129792175.1 027330.2029

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-