Steven G. Biddle; AZ Bar No. 012636
sbiddle@littler.com
LITTLER MENDELSON, P.C.
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone:    602.474.3600
Facsimile:    602.957.1801

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rudolph Z. King, Jr. , | Case No. 2:14-cv-02334-PHX-SRB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Rite of Passage, Inc. , | |
| Defendant. | |

Defendant, by and through its undersigned counsel, and with permission of Plaintiff's counsel, hereby notifies the Court that the parties have reached a settlement in this matter. The parties intend to file a stipulation to dismiss with prejudice after the settlement documents are finalized.

DATED this 23rd day of October 2015.


/s/ Steven G. Biddle
Steven G. Biddle
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Rite of Passage, Inc.

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1    I hereby certify that I electronically
     transmitted the attached document to the
2    Clerk's Office using the CM/ECF system
     for filing and transmittal of a Notice of
3    Electronic Filing to the following
     CM/ECF registrants, and mailed a copy
4    of same to the following if non-
     registrants, this_23rd day of October
5    2015:

6    Joshua W. Carden
     JOSHUA CARDEN LAW FIRM, P.C.
7    16427 N. Scottsdale Rd., Suite 410
     Scottsdale, AZ 85254

8

9    */s/ Tisha A. Davis*

10

11   Firmwide:136600514.1 027330.2029

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-